UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

      SINGH LODGING, INC.

                Debtor.

Chapter 11

Case No. 17-11637-CLB

---

## ORDER DISMISSING CHAPTER 11 CASE

      William K. Harrington, the United States Trustee for Region 2 (the "United States

Trustee"), by a Motion filed August 15, 2017 [Dk. No. 29], having moved this Court pursuant to

11 U.S.C. § 1112(b) for an order dismissing the above-captioned Chapter 11 case, or in the

alternative for an order pursuant to 11 U.S.C. § 1104(a) directing the appointment of a Chapter 11

Trustee (the "United States Trustee's Motion"); and ZB, N.A. d/b/a Zions Bank ("Zions"), by its

motion filed August 18, 2017 [Dk. No. 42] having moved this Court pursuant to 11 U.S.C.

§ 1104(a) for the appointment of a Chapter 11 Trustee ("Zions' Motion"); and the Court, pursuant

to its Order Reducing Time and Scheduling Hearing [Dk. No. 31] and its Order Shortening Time

[Dk. No. 34], having scheduled the hearing on the United States Trustee's Motion and Zions'

Motion for August 24, 2017 at 10:30 a.m.; and at the hearing on August 24, 2017, the United

States Trustee appearing by Assistant United States Trustee Joseph W. Allen, Esq. and Zions

appearing by Norris, McLaughlin & Marcus, PA (Melissa A. Pena, Esq. of counsel) and the

Debtor appearing by Gleichenhaus, Marchese & Weishaar, PC (Michael A. Weishaar, Esq. and

Charles J. Marchese, Esq. of counsel); and at the hearing on August 24, 2017, Zions' counsel

advising the Court that it supported the United States Trustee's Motion seeking dismissal of the

case; and upon reading counsel's submissions, with Exhibits, and the Court taking testimony from

witnesses at the hearing and considering the arguments of the parties' counsel; and after due

deliberation being had thereon, for the reasons stated by the Court on the record on August 24,

2017,

**IT IS HEREBY ORDERED**, that the alternative relief seeking relief pursuant to Section

1112(b) in the United States Trustee's Motion is GRANTED in its entirety; and

**IT IS FURTHER ORDERED,** that this Chapter 11 case is DISMISSED.

Dated: Buffalo, New York
      August 29, 2017



_____
HONORABLE CARL L. BUCKI
UNITED STATES BANKRUPTCY JUDGE

FILED
AUG 2 9 2017
BANKRUPTCY COURT
BUFFALO, NY